BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    jeffrey.shih@usdoj.gov; 415-436-7168
    waqar.hasib@usdoj.gov; 415-436-7261

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ADAM SHAFI,<br><br>        Defendant. | ) CASE NO. 3:15-CR-582-WHO<br>)<br>) MEMORANDUM OF UNDERSTANDING<br>) REGARDING CIPA PROTECTIVE ORDER FOR<br>) CLASSIFIED INFORMATION<br>)<br>)<br>)<br>)<br>)<br>) |

I, _____Galia Amram_____, acknowledge that I have received, read, and understand the CIPA Protective Order entered by the Court on June 13, 2016, in this case, and I agree to comply with its provisions. I understand that I may be the recipient of classified information that concern the present and future national security of the United Sates. I further understand that direct or indirect unauthorized use, disclosure, retention or negligent handling of classified information could cause serious damage, and in some cases exceptionally grave damage, to the national security of the United States, or may be used to the advantage of a foreign nation against the interests of the United States.

I agree that I shall never divulge, publish, or reveal by word, conduct, or any other means, any of the classified information that I receive unless specifically authorized in writing to do so either (1) by the Court pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 §§ 1-16, and the CIPA Protective Order entered in this case, or (2) by an authorized representative of the United States.

I agree that this Memorandum and any other nondisclosure agreement signed by me in connection with this case will remain forever binding upon me.

Dated: 11/21/16          Signature: _____

Printed Name: Galia Amram

Dated: 11/21/16          Witness Signature: _____

Printed Name: Mallory Piper

MOU RE: CIPA PROTECTIVE ORDER FOR CLASSIFIED INFORMATION                    2

BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      jeffrey.shih@usdoj.gov; 415-436-7168
      waqar.hasib@usdoj.gov; 415-436-7261

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:15-CR-582-WHO |
| | ) |
| Plaintiff, | ) MEMORANDUM OF UNDERSTANDING |
| | ) REGARDING CIPA PROTECTIVE ORDER FOR |
| v. | ) CLASSIFIED INFORMATION |
| | ) |
| ADAM SHAFI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

I, Sheree Lauciric A , acknowledge that I have received, read, and understand the CIPA Protective Order entered by the Court on June 13, 2016, in this case, and I agree to comply with its provisions. I understand that I may be the recipient of classified information that concern the present and future national security of the United Sates. I further understand that direct or indirect unauthorized use, disclosure, retention or negligent handling of classified information could cause serious damage, and in some cases exceptionally grave damage, to the national security of the United States, or may be used to the advantage of a foreign nation against the interests of the United States.

I agree that I shall never divulge, publish, or reveal by word, conduct, or any other means, any of the classified information that I receive unless specifically authorized in writing to do so either (1) by the Court pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 §§ 1-16, and the CIPA Protective Order entered in this case, or (2) by an authorized representative of the United States.

I agree that this Memorandum and any other nondisclosure agreement signed by me in connection with this case will remain forever binding upon me.

Dated: 11/4/2016          Signature: _____

Printed Name: Sherel Lancirica

Dated: 11/4/2016          Witness Signature: _____

Printed Name: Mary Tran

MOU RE: CIPA PROTECTIVE ORDER FOR CLASSIFIED INFORMATION          2

BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    jeffrey.shih@usdoj.gov; 415-436-7168
    waqar.hasib@usdoj.gov; 415-436-7261

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:15-CR-582-WHO |
|     Plaintiff, | )<br>) MEMORANDUM OF UNDERSTANDING |
| v. | ) REGARDING CIPA PROTECTIVE ORDER FOR<br>) CLASSIFIED INFORMATION |
| ADAM SHAFI, | )<br>) |
|     Defendant. | )<br>) |

I, _Mallory A. Pipen_, acknowledge that I have received, read, and understand the CIPA Protective Order entered by the Court on June 13, 2016, in this case, and I agree to comply with its provisions. I understand that I may be the recipient of classified information that concern the present and future national security of the United Sates. I further understand that direct or indirect unauthorized use, disclosure, retention or negligent handling of classified information could cause serious damage, and in some cases exceptionally grave damage, to the national security of the United States, or may be used to the advantage of a foreign nation against the interests of the United States.

I agree that I shall never divulge, publish, or reveal by word, conduct, or any other means, any of the classified information that I receive unless specifically authorized in writing to do so either (1) by the Court pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 §§ 1-16, and the CIPA Protective Order entered in this case, or (2) by an authorized representative of the United States.

I agree that this Memorandum and any other nondisclosure agreement signed by me in connection with this case will remain forever binding upon me.

Dated: 11/7/2016          Signature: _____

                          Printed Name: Mallory A. Piper

Dated: 11/7/2016          Witness Signature: Loana Dominguez

                          Printed Name: _____

MOU RE: CIPA PROTECTIVE ORDER FOR CLASSIFIED INFORMATION          2