ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ELISE LAPUNZINA (NYBN 2540730)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    elise.lapunzina@usdoj.gov; 415-436-6878
    waqar.hasib@usdoj.gov; 415-436-7261

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:15-CR-582 WHO |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' NOTICE PURSUANT TO** |
| | ) | **FRE 902(11)** |
| v. | ) | |
| | ) | Pretrial Conference Date:   August 13, 2018 |
| ADAM SHAFI, | ) | Pretrial Conference Time:   2:00 p.m. |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States hereby provides notice that it intends to introduce the following exhibits pursuant to Federal Rules of Evidence 902(11) as certified copies of records or documents created in the course of regularly conducted activity.  The United States reserves the right to supplement this notice as needed.

                                               Respectfully submitted,

                                               ALEX G. TSE
                                               United States Attorney

                                               /s/ *Elise LaPunzina*

DATED: August 6, 2018

                                             ELISE LAPUNZINA
                                           S. WAQAR HASIB
                                           Assistant United States Attorneys

U.S. FRE 902(11) NOTICE
CR 15-00582 WHO

| Exhibit | Certification | Company |
|---|---|---|
| 1 through 15 108 through 111 | AS-04057-060 | TICTU |
| 34 through 38 | AS-00417-419 AS-04063-73 | Google |
| 42, 43 | AS-04120 | T-Mobile |
| 44 through 46 | AS-4077-78 | Yahoo! |
| 50 | AS-04124 | Student Universe |
| 68 | AS-04074 | Royal Jordanian Airlines |
| 69 | AS-02941 | Target Masters |
| 80 | AS-01050 | Wells Fargo |
| 84 | AS-04122 and new record dated 08/06/18 | AT&T |
| 85 through 89 | AS-04062 | Bank of America |
| 91 through 94 | AS-04121 AS-04123 | Alameda County Sheriff's Office (Glenn Dyer) |
| 95 through 101 | AS-02643 AS-04061 | American Express |