IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 15–00582 WHO |
| Plaintiff, | **JURY QUESTIONNAIRE** |
| v. | |
| ADAM SHAFI, | |
| Defendant. | |

You are part of the panel of potential jurors for the case of *United States v. Adam Shafi*. Mr. Shafi is represented by Hanni Fakhoury and Jerome Matthews of the Federal Public Defender's Office. The United States is represented by Elise LaPunzina and S. Waqar Hasib of the United States Attorney's Office. Mr. Shafi has been charged in an indictment with attempting to provide material support to a foreign terrorist organization, namely, al-Nusrah Front, in the form of providing himself as personnel to that organization.

To make the jury selection process more efficient and effective for everyone, you will be completing the following questionnaire. It is designed to elicit from you information that will assist the prosecution and the defense in making important decisions as to which of you will serve as jurors during the trial. Your answers will remain confidential, and will be used only by the Judge and the parties to select a qualified and impartial jury.

Please print your answer to each question as legibly, completely and accurately as you can. It is important that your answers are yours and yours alone. The questions are not meant to be intrusive, but you will be asked about some personal matters. Please answer every question; do not leave any question blank. If the question does not apply to you, write "N/A" for "not applicable."

If there is something that you would like to discuss privately with the Judge and the lawyers, and not in front of other jurors, please note this in your answer to the question or questions causing your concern. The parties are under orders to maintain the confidentiality of any information they learn in the course of reviewing these questionnaires and discussing them with you.

Do not discuss the questions or your answers with anyone, including your fellow panelists, members of your family, people involved in the trial, friends, or anyone else, and do not allow others to discuss the case with you. This includes discussing the case in person, in writing, by phone or electronic means, via email, text messaging, or any Internet chat room, blog, website or application, including but not limited to Facebook, YouTube, Twitter, Instagram, LinkedIn, Snapchat, or any other forms of social media. Do not read, watch, or listen to any news reports or other accounts about the trial or anyone associated with it, including any online information. Do not do any research such as consulting dictionaries, searching the Internet or using other reference materials, and do not make any investigation about the case on your own.

Thank you for your time and candor.

1

1. NAME:_____ Dr.  Mr.  Mrs.  Ms.  Miss

   Age:_____

2. RESIDENCE:  County:_____  City/Town:_____  Neighborhood:_____

   *[Do not list your street address]*

   How long have you lived at that location?_____

   Your place of birth: _____

   Do you own or rent your home?      Rent  Own  Other_____

   What other communities have you lived in during the last ten years?_____

   _____

   _____

3. What is your marital status: (please circle)

   Single      Married      Separated      Divorced      Widowed      Live with a partner

   Any prior marriages?   Yes_____   No_____   If Yes, how many?_____

4. Do you speak, write, or understand Arabic?

   Yes _____No_____  If yes, please explain:

   _____

   _____

   _____

5. Do you speak, write, or understand English? Yes_____   No_____

6. Do you speak, write, or understand any other languages? Yes_____   No_____

   If yes, please list:

   _____

   _____

   _____

7. What is your current employment status?

   _____ Working full-time            _____ Unemployed

   _____ Working part-time            _____ Homemaker

   _____ Retired                      _____ Full-time student

   _____ Disabled

2                                                    Initials: _____

8.  What is your occupation?

    [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

    a.  What is (was) your occupation?

    b.  By whom are (were) you employed?

    c.  How long have (did) you worked there?

    d.  Please describe the nature of your job.

    e.  Do (Did) you supervise other people?  Yes___  No____If so, how many?____

9.  During your working life have you changed careers or occupations? If so, describe.

10. Have you ever had a job that was considered management?  Yes___  No___

    a.  If yes, how many people did you manage?  _____

11. What is the highest level of education you completed? _____

12. Please describe your educational background:

    Major areas of study                          Degrees received

13. Have you taken any courses in law, legal procedure, administration of justice, world history, ethnic studies or comparative religion? If yes, please describe:

Please complete regarding your **present spouse** or **partner**.  If you are widowed, divorced or separated, please answer all the following questions regarding your **former spouse/partner**.

14. Current employment status:

    _____ Working full-time          _____ Unemployed

    _____ Working part-time          _____ Homemaker

    _____ Retired                    _____ Full-time student

3                                        Initials: _____

_____ Disabled

   a.  What is (was) his/her occupation?_____

   b.  By whom is (was) s/he employed? _____

   c.  How long has (did) s/he worked there? _____

   d.  Please describe the nature of his/her job? _____

   e.  What other types of jobs has s/he had in the past?_____

15. What is the highest level of education you completed? _____

16. Please describe your educational background:

| Major areas of study | Degrees received |
| --- | --- |
| | |
| | |
| | |
| | |

17. What are/were your parents' and/or stepparents' occupations?  (If retired or deceased, what did they do?)

Parent 1: _____  Parent 2: _____

Stepparent 1: _____  Stepparent 2: _____

18. If you have children, please state:

| Sex | Age | Highest Education Level | Occupation |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |

19. If other adults live in your home in addition to those already you already described above, please state:

| Relationship | Sex | Age | Highest Education Level | Occupation |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

20. Have you, your current spouse/partner, or your child ever served in the military?

Yes___ No___

4                                                      Initials: _____

If yes, please list for:

|  | You | Spouse, Partner or Child |
|---|---|---|
| Branch of service: | | |

Combat:    Yes_____    No_____        Yes_____    No_____

21. What are your hobbies, major interests, recreational pastimes and spare-time activities and sports?

22. Please list all groups and organizations you belong to or participate in, including but not limited to service, community and neighborhood groups; crime prevention groups; volunteer activities; and groups concerned with the criminal justice system.

23. Please name your main sources of news, whether it is newspapers, television and radio stations or programs, Internet sites or conversations with others:

24. Do you watch any TV shows or have you seen any movies about terrorism?

25. Have you previously served as a grand juror?    Yes _____    No_____

If yes, when and where?

26. Have you previously served as a trial juror?        Yes _____    No_____

If yes, please complete for each case on which you served:

5

Initials: _____

| | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a.  Have you ever served as a jury foreperson?   Yes_____   No_____

b.  Is there any reason that your prior jury service would affect your ability to be fair, objective and impartial to both sides at trial?

Yes_____  No____   If Yes, please explain:

_____

_____

_____

_____

27. Have you or any family member ever had occasion to contact the United States Attorney's Office or the  District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

Yes____       No_____       If Yes, please explain:

_____

_____

_____

_____

28. Have you, any close friends or family members ever been employed by or affiliated with any law enforcement agency (including police, sheriff, jail, prison, Immigration, IRS, parole or probation)?

Yes_____              No_____       If Yes, please list:

Name              Relationship to you         Position          Agency

_____

_____

_____

_____

29. Not including someone you listed at question 28, have you or a close friend or relative applied for a position in law enforcement, studied or taken courses in the administration of justice, criminal justice, or law?

Yes_____              No_____       If Yes, please explain:

_____

_____

_____

_____

Initials: _____

30. During trial you may hear the testimony of police or other law enforcement officers including federal agents. The jury will be instructed that testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law enforcement officer any more or less weight—no matter how slight—than you would to a witness who is not a law enforcement officer?

More weight_____    Less weight _____    Same_____

Please explain:

31. Have you, or a close friend or family member, ever worked for a court, a prosecutor's office, or a criminal defense office? This includes a judge, a District Attorney's office, a United States Attorney's office, or any private or public criminal defense attorney's office.

Yes____    No____    If Yes, please explain:

32. Have you or a member of your family ever served in the military police or in a military court?

Yes____    No____    If Yes, please explain:

33. Have you or anyone close to you ever been the victim of any kind of crime—including domestic violence, burglary, robbery, assault, identity theft, terrorism, hate crime, etc.—whether it was reported to law enforcement authorities or not?

Yes___    No___    If Yes, please explain:

34. Have you or anyone close to you ever been a witness to any kind of crime—including domestic violence, burglary, robbery, assault, identity theft, terrorism, hate crime, etc.—whether it was reported to law enforcement authorities or not?

Yes___    No___    If Yes, please explain:

Initials: _____

35. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

Yes___        No___        If Yes, please explain:

_____

_____

_____

_____

36. Have you ever had to appear in court or in any court proceeding in a case as a plaintiff, defendant, victim, or witness for any reason other than that stated above?

Yes___        No___        If Yes, please state when and explain why you appeared in court:

_____

_____

_____

_____

37. Have you, any member of your family, or any close friends ever been arrested?

Yes___        No___        If Yes, please explain:

_____

_____

_____

_____

38. Have you, or a close friend or family member, ever had a positive or negative experience with a law enforcement officer or agency, federal agency or the federal government, which would influence your ability to judge the facts of a criminal case, or the person accused?

Yes___        No___        If Yes, please explain:

_____

_____

_____

_____

39. Is there anything about your experiences, opinions or beliefs about race, color, religion, immigration status, national origin, ethnicity, sex or sexual orientation, which would strongly influence your ability to judge the facts of a criminal case or the person accused?

Yes___        No___        If yes, please explain:

_____

_____

_____

_____

40. Have you, any immediate family member, or a close friend had any significant negative or positive experiences involving someone of the Muslim faith or of Middle-Eastern heritage in a personal, social, business, or other context?

Yes_____No_____Not Sure _____

8                                                          Initials: _____

If yes or not sure, please explain:

41. When you hear that someone is of the Muslim faith or Middle-Eastern heritage, does that affect your perception of that person

_____ in a positive way,
_____ in a negative way, or
_____ not in any way?

Please explain:

42. Have you or any member of your immediate family experienced what you believe to be discrimination because of your race, ethnicity, or religion?

Yes _____ No _____ Not Sure _____        If yes or not sure, please explain:

43. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would strongly influence, inhibit or hinder your ability to judge the facts in a criminal case?

Yes____        No____        If Yes, please explain:

44. The court will instruct you on the laws and your duties as jurors. Will you be able to follow these instructions even if you disagree with them?

Yes____ No___If Yes, please explain:

45. The judge will instruct you that a defendant in a criminal trial has a constitutional right not to testify, and that no presumption of guilt may be raised, and no inference of any kind may be

Initials: _____

drawn from the fact that the defendant did not testify.  Do you believe that a defendant is more likely to be guilty if he chooses not to testify?

Yes _____    No _____    If Yes, please explain:

_____

_____

_____

_____

_____

46. Do you have any knowledge about the facts in this case or about Mr. Shafi other than what you have learned today?

Yes _____ No _____ Not Sure _____

If yes or not sure, what knowledge do you have and where does it come from?

_____

_____

_____

_____

47. Do you know or have you had any contact (personal, business, or social) with, or read or heard anything about:

_____ The Honorable William H. Orrick, III, the judge in this case, or any member of his staff
_____ Any other judge in the Northern District of California
_____ Alex G. Tse, the United States Attorney for the Northern District of California
_____ Waqar Hasib or Elise LaPunzina the current prosecutors on this case
_____ Jeffrey Shih or Candace Kelly, the former prosecutors on this case
_____ Anyone else who works in the United States Attorney's Office
_____ Adam Shafi
_____ Anyone in Adam Shafi's family
_____ Hanni Fakhoury or Jerome Matthews, Mr. Shafi's current defense attorneys
_____ Joshua Dratel, Erik Levin, Harris Tayback, Frederick Remer or Galia Amram, Mr. Shafi's former defense attorneys
_____ Anyone who works in the Federal Public Defender's Office for the Northern District of California
_____ Abdul Qadar Khan Niazi
_____ Saleem Karim
_____ Any other person in the jury pool

If yes, please list whom you know or have had contact with, and how you know that person:

_____

_____

_____

_____

Initials: _____

48. Have you heard of the organization the al-Nusrah Front?

Yes _____ No _____ If yes, please explain what you know and where you learned it from:

_____
_____
_____
_____
_____

49. Have you, an immediate family member, or a close friend ever been affected in any way by a terrorist act or threat, including 9/11?

Yes _____ No _____ Not Sure _____        If yes or not sure, please explain:

_____
_____
_____
_____
_____

50. Are there any other comments you have regarding serving on this jury, or do you have any reason to believe you cannot be a fair and impartial juror if selected for the jury in this case?

_____
_____
_____
_____
_____

51. Is there any matter not covered by this questionnaire that should be brought to the attention of the court and the lawyers because it might affect your ability to be a fair and impartial juror?

Yes___        No___        If Yes, please explain:

_____
_____
_____
_____

52. The court estimates that the trial in this case will last approximately 3 weeks. Do you have any specific problems of a serious nature that might prevent you from serving as a juror in this case?

Yes        No        If Yes, please explain:

_____
_____
_____
_____
_____
_____

Initials: _____

53. Is there any matter you would prefer to discuss privately with the court?

Yes___         No___          If Yes, please explain:

_____

_____

_____

**JUROR'S OATH**

I declare under penalty of perjury that the answers set forth in Part I of this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing this questionnaire.

Signature:_____

Print Name:_____

Date: _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12                                    Initials: _____